**510**

■

**STATE**

v.

**GARNER**

20160819

Supreme Court of Utah.

11-08-2016

20150228

382 P.3d 639

Petition for Writ of Certiorari Denied.

■

**MURRAY CITY**

v.

**SCHUR**

20160871

Supreme Court of Utah.

12/23/2016

20160437

Petition for Writ of Certiorari Denied.

■

**STATE**

v.

**GARDNER**

20160847

Supreme Court of Utah.

12-28-2016

20160640

Petition for Writ of Certiorari Denied.

■

**STELLIA LTD.**

v.

**YKNOT GLOBAL LTD.**

20160698

Supreme Court of Utah.

12-02-2016

20141167

379 P.3d 29

Petition for Writ of Certiorari Denied.